IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VORTEX PATHWAY LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:16-cv-954 |
| v. | § § | |
| HID GLOBAL CORPORATION, | § § § | |
| *Defendant.* | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the parties' Stipulated Motion for Dismissal with Prejudice of all claims asserted between Plaintiff VORTEX PATHWAY LLC and Defendant HID GLOBAL CORPORATION in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby.

ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Plaintiff VORTEX PATHWAY LLC and Defendant HID GLOBAL CORPORATION are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 14th day of February, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE